UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MADDEN, WILLIAM H., JR.  
MADDEN, ELIZABETH V.

Case No.: 17-31724-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 9, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 39 VILLA AVENUE, PITMAN NJ 08071<br>(FMV $90,000.00) |
|---|---|

| Liens on property: | $97,539.48 - QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 17-31724-ABA
William H. Madden, Jr.                                      Chapter 7
Elizabeth V. Madden
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Dec 08, 2017
                               Form ID: pdf905          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db/jdb        +William H. Madden, Jr.,    Elizabeth V. Madden,    39 Villa Avenue,    Pitman, NJ 08071-2428
517143421      American Express,    PO Box 1270,    Newark, NJ 07101-1270
517143422      Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
517143423      Capital One Bank/Union Plus Card,    PO Box 30285,    Salt Lake City, UT 84130-0285
517143424      Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
517143425      Chase Cardmember Services/Amazon Card,    PO Box 15123,    Wilmington, DE 19850-5123
517143426     +CitiCards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517143427      Comenity - Boscov's,    PO Box 183043,    Columbus, OH 43218-3043
517143428      Comenity - HSN,    PO Box 183043,    Columbus, OH 43218-3043
517143429      Comenity - New York & Co.,    PO Box 182125,    Columbus, OH 43218-2125
517143430      Comenity - Venus,    PO Box 182125,    Columbus, OH 43218-2125
517143431      Credit First/Firestone,    PO Box 81083,    Cleveland, OH 44181
517143433      Elan Cardnenber Service,    PO Box 790408,    Saint Louis, MO 63179-0408
517143434      First National Bank of Omaha,    PO Box 2490,    Omaha, NE 68103-2490
517143435     +GM Financial Leasing,    PO Box 100,    Williamsville, NY 14231-0100
517143436      Goodyear Credit Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
517143437     +GreenSky,    PO Box 29429,    Atlanta, GA 30359-0429
517143438      Juniper Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
517143439     +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517143442      Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
517158787     +Quicken Loans Inc.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
517143444      Sears Credit Cards - MasterCard,    PO Box 6282,    Sioux Falls, SD 57117-6282
517143447      Target Card Services,    PO Box 673,    Minneapolis, MN 55440-0673
517143448      Wells Fargo - Visa,    PO Box 10347,    Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:14      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517143432     +E-mail/Text: mrdiscen@discover.com Dec 08 2017 22:34:35      Discover Card,
                Attn: Bankruptcy Dept.,    PO Box 3025,    New Albany, OH 43054-3025
517143440     +E-mail/Text: bkr@cardworks.com Dec 08 2017 22:34:31      Merrick Bank Corp.,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517143441      E-mail/PDF: pa_dc_claims@navient.com Dec 08 2017 22:40:49      Navient,
                Dept of Ed Loan Servicing,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517143443     +E-mail/Text: bankruptcyteam@quickenloans.com Dec 08 2017 22:35:37      Quicken Loans,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
517146395     +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 22:40:44      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517143445      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 22:40:20      Synchrony Bank/Lowe's,
                PO Box 965060,    Orlando, FL 32896-5060
517143446      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 22:40:44      Synchrony Bank/QCard,
                PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 2 of 2             Date Rcvd: Dec 08, 2017
                               Form ID: pdf905                Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Andrew    Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Elizabeth V. Madden
               rshoffman@hoffmandimuzio.com,    lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              Richard S. Hoffman, Jr.    on behalf of Debtor William H. Madden, Jr. rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```