Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−31724−ABA
        Chapter: 7
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William H. Madden Jr. | Elizabeth V. Madden |
| 39 Villa Avenue | 39 Villa Avenue |
| Pitman, NJ 08071 | Pitman, NJ 08071 |

Social Security No.:
  xxx−xx−2515                                        xxx−xx−1390

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 28, 2018</u>                <u>Andrew B. Altenburg Jr.</u>
                                                      Judge, United States Bankruptcy Court